O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-1053-AHM (RZx) | Date | March 2, 2009 |
|---|---|---|---|
| Title | In re: NATIONAL CENTURY FINANCIAL ENTERPRISES, INC.: UNENCUMBERED ASSETS TRUST v. MITCHELL J. STEIN, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert D. Newman | Karen Ackerson-Brazille |
| Melinda R. Bird | Melinda Vaughn |
| Kimberly Lewis | |
| Fiza A. Quraishi | |

**Proceedings:** HEARING ON MOTION TO ENFORCE REGISTERED JUDGMENT THROUGH APPOINTMENT OF RECEIVER REQUESTING: (1) APPOINTMENT OF TEMPORARY RECEIVER; AND (2) ORDER TO SHOW CAUSE WHY PERMANENT RECEIVER SHOULD NOT BE APPOINTED APPOINTING TEMPORARY RECEIVER AND ORDER TO SHOW CAUSE WHY PERMANENT RECEIVER SHOULD NOT BE APPOINTED

Cause called; appearances made. Defendant states his current contact information on the record.

After questioning counsel about service and notice of the Hearing on Motion to Enforce Registered Judgment Through Appointment of Receiver Requesting: (1) Appointment of Temporary Receiver; and (2) Order to Show Cause Why Permanent Receiver Should Not Be Appointed Appointing Temporary Receiver and Order to Show Cause Why Permanent Receiver Should Not Be Appointed. In order to allow recently retained defense counsel an opportunity to respond to the motion, the Court orders defendant to file his opposition by not later than 4:00 p.m., March 5, 2009. Any reply thereto must be filed by not later than Noon, March 6, 2009. The hearing is continued to Monday, March 9, 2009 at 10:00 a.m.

|   | : | 31 |
|---|---|---|
| Initials of Preparer | | SMO |