O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-1053-AHM (RZx) | Date | March 9, 2009 |
|---|---|---|---|

| Title | In re: NATIONAL CENTURY FINANCIAL ENTERPRISES, INC.: UNENCUMBERED ASSETS TRUST v. MITCHELL J. STEIN, et al. |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lisa Hill Fenning | Alan I. Nahmias |

**Proceedings:**   FURTHER HEARING ON MOTION TO ENFORCE REGISTERED JUDGMENT THROUGH APPOINTMENT OF RECEIVER REQUESTING: (1) APPOINTMENT OF TEMPORARY RECEIVER; AND (2) ORDER TO SHOW CAUSE WHY PERMANENT RECEIVER SHOULD NOT BE APPOINTED APPOINTING TEMPORARY RECEIVER AND
ORDER TO SHOW CAUSE WHY PERMANENT RECEIVER SHOULD NOT BE APPOINTED

Cause called; appearances made.

Court issues tentative ruling and hears oral argument. For reasons and findings stated on the record, the Court grants in part and denies in part the motion to enforce registered judgment. Movants must lodge a revised proposed order with a possible hearing date set for the following Monday.

|  | : | 31 |
|---|---|---|
| Initials of Preparer | | SMO |